**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-06-002-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Eva Louise Narcho, | ) | |
| Defendant. | ) | |

A revocation of pretrial release hearing pursuant to 18 U.S.C. §3148 and arraignment were held on Tuesday, February 28, 2006. The Government was represented by AUSA Darcy Cerow. Defendant was present and represented by counsel, Bruce Sterling. Court proceedings are electronically recorded.

Proffers and arguments are presented to the Court.

The Court **FINDS** that Defendant failed to appear for a possible Change of Plea and Sentencing on December 23, 2005 and December 27, 2005.

The Court **FURTHER FINDS** that Defendant tested presumptive positive for cocaine and marijuana on December 9, 2005 by Pretrial Services.

The Court **FURTHER FINDS** that Defendant was instructed by Pretrial Services to submit to urinalysis testing every Monday in Sells, Az., beginning on January 2, 2006. Defendant failed to appear and submit urine specimens on January 2, 9, 16, 23, and 30, 2006 and failed to contact Pretrial Services to make alternate arrangements.

1    The Court **FURTHER FINDS** that while Defendant may have transportation
2 and day-care difficulties, she is unlikely to abide by a condition of release requiring her to
3 refrain from illicit drug usage, submit to regular urine tests and report to Pretrial Services as
4 directed.
5    The Court **FURTHER FINDS** that Defendant's illicit drug usage likely renders
6 her inherently unreliable and untrustworthy.
7    Accordingly,
8    **IT IS ORDERED** that Defendant shall be detained as a serious flight risk until
9 further order of the District Court.
10   DATED this 2nd day of March, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge